UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------x
WILLIAM K. DUFFY, KENNETH HUBER, PHILLIP CAPOBIANCO, JOHN DUFFY, PAUL O'BRIEN, ROBERT CARLINO, JAMES HEANEY, ROBERT P. POLITO, SCOTT ADRIAN and THOMAS WALTERS, as Trustees of LOCAL 138, 138A & 138B, INTERNATIONAL UNION OF OPERATING ENGINEERS WELFARE FUND, LEGAL FUND, VACATION FUND, APPRENTICESHIP TRAINING FUND, AND ANNUITY FUND, AND MICHAEL FANNING AS CEO OF THE CENTRAL PENSION FUND,

**NOTICE OF APPEARANCE**

Case No.: CV-03-5674(JS)(ETB)

Plaintiffs,

-against-

BEDROCK DEVELOPMENT, INC.,

Defendant.

---------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned appears as attorneys for Plaintiffs in the above-captioned action and demands that a copy of all papers in this action be served upon the undersigned at the address stated below and/or in accordance with the Court's electronic filing procedures.

Dated:   Melville, New York
         April 23, 2004

Respectfully submitted,
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

/s/ John H. Byington III
John H. Byington III (JB 9750)
Attorneys for Plaintiffs
425 Broadhollow Road, Suite 405
P.O. Box 9064
Melville, New York 11747
(631) 249-6565
E-mail:  Jbyington@msek.com

451176