UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
WILLIAM K. DUFFY, KENNETH HUBER, PHILLIP
CAPOBIANCO, JOHN DUFFY, PAUL O'BRIEN,
ROBERT CARLINO, JAMES HEANEY, ROBERT P.
POLITO, SCOTT ADRIAN and THOMAS WALTERS,
as Trustees of LOCAL 138, 138A & 138B,
INTERNATIONAL UNION OF OPERATING
ENGINEERS WELFARE FUND, LEGAL FUND,
VACATION FUND, APPRENTICESHIP TRAINING
FUND, AND ANNUITY FUND, AND MICHAEL
FANNING AS CEO OF THE CENTRAL PENSION
FUND, ,

                       Plaintiffs ,

              - against -

BEDROCK DEVELOPMENT, INC.

                    Defendants .
------------------------------------X

**PLAINTIFFS'**

**STATEMENT OF DAMAGES**

CV-03-5674 (JS)(ETB)

## I.    Audit Period

June, 2003 through December, 2003.  (See June 7, 2004 Affidavit of Attorneys' Fees

and Costs of Kristina D. Judice ["Judice Affidavit"], at Exhibit 5 thereto).

## II.    Attorneys' fees ($1,655.00) and disbursements ($275.00) as of June 3, 2004.  See Judice
Affidavit; see also, 29 U.S.C. §1132(g)(2)(D) and Section 2-E of the relevant Collective
Bargaining Agreement at Exhibit B to Exhibit 1 of Judice Affidavit. . . . . . . . $2,080.00

Dated: Melville, New York
      June   7, 2004

                  MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

                  By: /s/ Kristina D. Judice
                      Kristina D. Judice (KDJ 6167)
                      Attorneys for Plaintiffs
                      425 Broadhollow Road, Suite 405
                      Melville, New York 11747
                      (631) 249-6565

To:

Bedrock Development, Inc.

734 Franklin Avenue

Suite 449

Garden City, New York 11550

455479