UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
WILLIAM K. DUFFY, KENNETH HUBER, PHILLIP
CAPOBIANCO, JOHN DUFFY, PAUL O'BRIEN,
ROBERT CARLINO, JAMES HEANEY, ROBERT P.
POLITO, SCOTT ADRIAN and THOMAS WALTERS,
as Trustees of LOCAL 138, 138A & 138B,
INTERNATIONAL UNION OF OPERATING
ENGINEERS WELFARE FUND, LEGAL FUND,
VACATION FUND, APPRENTICESHIP TRAINING
FUND, AND ANNUITY FUND, AND MICHAEL
FANNING AS CEO OF THE CENTRAL PENSION
FUND,

**CERTIFICATE OF SERVICE**

CV-03-5674 (JS)(ETB)

               Plaintiffs,

  - against -

BEDROCK DEVELOPMENT, INC.
               Defendants.
----------------------------------------X

  I hereby certify that on June 7, 2004, I electronically filed (Document# 12): AFFIDAVIT re [11] Order *(Inquest on Damages 6/15/04)* by Scott Adrian, Phillip Capobianco, Robert Carlino, John Duffy, William K. Duffy, Michael Fanning, James Heaney, Kenneth Huber, Paul O'Brien, Robert P. Polito, Thomas Walters. (Attachments: # (1) Plaintiffs' Statement of Damages)(Judice, Kristina) with the Clerk of the District Court using the CM/ECF system, and sent notification of such to Defendant by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within New York State, located at 425 Broadhollow Road, Suite 405, Melville, New York 11747, addressed to said Defendant at the address(es) below:

    Bedrock Development, Inc.
    734 Franklin Avenue
    Suite 449
    Garden City, New York 11550

        MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
        By: /s/ Kristina D. Judice
         Kristina D. Judice (KDJ 6167)
         Attorneys for Plaintiffs
         425 Broadhollow Road, Suite 405
         Melville, New York 11747
         (631) 249-6565

456870