**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

WILLIAM K. DUFFY, KENNETH HUBER,
PHILIP CAPOBIANCO, JOHN DUFFY,
PAUL O'BRIEN, ROBERT CARLINO,
JAMES HEANEY, ROBERT P. POLITO,
SCOTT ADRIAN, and THOMAS
WALTERS, as Trustees of LOCAL 138, 138A
AND 138B, INTERNATIONAL UNION OF
OPERATING ENGINEERS WELFARE
FUND, LEGAL FUND, VACATION FUND,
APPRENTICESHIP TRAINING FUND,
AND ANNUITY FUND, AND MICHAEL
FANNING AS CEO OF THE CENTRAL
PENSION FUND,

                    Plaintiffs,

            - against -

BEDROCK DEVELOPMENT, INC.,

                    Defendant.

-----------------------------------------------------------X

**JUDGMENT**

CV-03-5674 (JS) (ETB)

      An Order of Honorable Joanna Seybert, United States District Judge, having been filed on July 13, 2004, adopting the Report and Recommendation of Magistrate Judge E. Thomas Boyle dated June 16, 2004, and awarding plaintiffs the amounts of $1,430.00 in attorneys' fees, and $275.00 in costs, for a total award of $1,705.00, it is

      **ORDERED AND ADJUDGED** that judgment is hereby entered in favor of plaintiffs and against defendant, Bedrock Development, Inc., in the amounts of $1,430.00 in attorneys' fees, and $275.00 in costs, for a total award of $1,705.00.

Dated:  Central Islip, New York
         July 28, 2004

                                                               ROBERT C. HEINEMANN
                                                               CLERK OF THE COURT

                                                By:      <u>/s/ Lorraine Sapienza</u>
                                                                              Deputy Clerk